GEORGE McM. GODLEY, as Executor of ELIZABETH McM. GODLEY, Deceased, Appellant, *v.* CRANDALL & GODLEY COMPANY et al., Respondents.

*Godley* v. *Crandall & Godley Co.*, 181 App. Div. 75, affirmed.
(Argued December 3, 1919; decided January 6, 1920.)

APPEAL from a judgment, entered February 1, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in a stockholders' action on behalf of the corporation to recover moneys of the corporation alleged to have been illegally paid out by its directors. The Appellate Division directed a dismissal of the complaint on the ground that it failed to allege that plaintiff had, before commencing the suit, requested the then directors to bring the action in the name of the corporation and had been refused, or any facts showing that it would have been futile to make such a demand.

*W. Russell Osborn* and *David Bennett King* for appellant.
*Edgar T. Brackett, James J. Allen, William E. Bennett* and *Hiram C. Todd* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.